

FILED
CHARLOTTE, NC

JUN 02 2014

US District Court  NORTH CAROLINA WESTERN
Western District of NC    MEMORANDUM

**Date:** 5/20/2014

**To:** The Honorable David S. Cayer
United States Magistrate Judge

**From:** Artina B. Wallace
United States Probation Officer

**Subject:** LINDSEY, Reginald
Dkt. No. 0419 3:14CR00073-3
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 04/16/2014, the defendant was charged with numerous felony drug offenses and Conspiracy to Launder Money. On 04/21/2014, the defendant was released on standard bond conditions.

On 05/09/2014, the following property was seized from the defendant's residence: 1) A Pair of Brass Knuckles. This item was found in plain view during our initial home inspection. The defendant was put on notice that possession of a dangerous weapon in the future would constitute a violation of his Conditions of Release. It is respectfully requested that Your Honor authorize destruction of the aforementioned item.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-591-9872, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____     5-22-14
Signature of Judicial Officer     Date