UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00073-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>(3) REGINALD WILLIAM LINDSEY, )<br>a/k/a "Bilal," )<br>)<br>Defendant. )<br>_____ ) | ORDER |

THIS MATTER is before the Court on Defendant's pro se Motion for Compassionate Release (Doc. No. 324). Also before the Court is Defendant's pro se Motion for Leave to File Reply Brief (Doc. No. 325).

The Court hereby ORDERS the Government to respond to Defendant's Motion for Compassionate Release. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

With respect to the Motion for Leave to File Reply Brief (Doc. No. 325), the motion is GRANTED.

IT IS SO ORDERED.

Signed: August 12, 2020

Frank D. Whitney
United States District Judge

1