UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00073-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINALD WILLIAM LINDSEY, )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Reconsideration (Doc. No. 336), Motion to Amend (Doc. No. 338), and Defendant's second Motion for Compassionate Release (Doc. No. 346). This Court has previously issued an order denying Defendant's first motion for compassionate release (Doc. No. 334). In that order, the Court considered the arguments previously submitted by Defendant in numerous motions and letters, and the Court rejected them. For purposes of review of the instant motion, the Court GRANTS Defendant's Motion for Reconsideration and Motion to Amend. Following review of the entire record, the Court concludes Defendant continues to submit voluminous pleadings seeking the same relief for the same reasons already denied by this Court. (Doc. Nos. 335, 337, 339, 340, 341, 343, 345, 347, 348).

For the reasons stated in the Court's prior order (Doc. No. 334), which is hereby incorporated by reference, and after reviewing the entire record, the Court DENIES the instant motion seeking compassionate release. It bears repeating that Defendant's filings with the Court fail to demonstrate extraordinary and compelling reasons to support a sentence reduction,

1

particularly where he has been vaccinated against COVID-19 since the filing of his original motions. (Doc. No. 351). Even presuming Defendant's new filings establish an "extraordinary and compelling circumstance" for a sentence reduction, the Court denies the motion because—under the current record before the Court—it is not warranted based on consideration of the applicable § 3553(a) factors. U.S. v. High, 997 F.3d 181, 186 (4th Cir. 2021) ("[I]f a court finds that a defendant has demonstrated extraordinary and compelling reasons, it is still not required to grant the defendant's motion for a sentence reduction. Rather, it must 'consider[]' the § 3553(a) sentencing factors 'to the extent that they are applicable' in deciding whether to exercise its discretion to reduce the defendant's term of imprisonment. 18 U.S.C. § 3582(c)(1)(A)."). For the reasons already stated by the Court, the factors in 18 U.S.C. § 3553(a) counsel against granting this Defendant compassionate release. (Doc. No. 334).

IT IS THEREFORE ORDERED that Defendant's Motion for Reconsideration (Doc. No. 336) and Motion to Amend (Doc. No. 338) are GRANTED, and Defendant's Motion for Compassionate Release (Doc. No. 346) is DENIED.

IT IS SO ORDERED.

Signed: November 3, 2021

Frank D. Whitney
United States District Judge